## CULL SWIMMER v. STATE.

No. A-3313.   Opinion Filed November 2, 1918.

(175 Pac. 554.)

ABATEMENT OF PROSECUTION—Death of Appellant. On appeal from a conviction where a subsequent suggestion of the appellant's death is made by the Attorney General with proof of his death after taking the appeal, all appellate proceedings will be abated with direction to the trial court to enter its appropriate order.

*Appeal from District Court, Mayes County;*
*Preston S. Davis, Judge.*

Cull Swimmer was convicted of felonious assault, and he appeals.   Order that proceedings abate.

*Brewster & Brewster,* for plaintiff in error.

The Attorney General and *R. McMillan,* Asst. Atty. Gen., for the State.

PER CURIAM.   The plaintiff in error was convicted of assault and battery with a sharp and dangerous weapon and was sentenced to be imprisoned in the penitentiary for the term of three years.   From the judgment an appeal was perfected by filing in this court on April 5, 1918, a petition in error with case-made.

Since the appeal was taken, suggestion of the death of the plaintiff in error has been made by the Attorney General, with proof that the plaintiff in error died on the 13th day of October, 1918.   It is therefore adjudged and ordered that all proceedings in this cause be abated, with direction to the district court of Mayes county to enter its appropriate order to that effect.